

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00048-CR

TREVOR JAMES JORDAN, Appellant    §    On Appeal from Criminal District Court

§    No. 3

V.    §    of Tarrant County (1687491)

§    November 27, 2024

§    Memorandum Opinion by Justice Walker

THE STATE OF TEXAS    §    (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker